## BASILE LOSON, CHARLES LAFOREST, JEAN BAPTISTE LOSON AND RENÉ THEODORE, ALIAS ROSCEAU, *versus* JAMES MAY

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Continued *p. 474; (2) continued *p. 510; (3) non pros., judgment *p. 672.
PAPERS IN FILE: (1) Precipe for process; (2) capias and acknowledgment of service.
*Office Docket,* MS p. 21, c. 44; p. 38, c. 25.

## AUGUSTUS B. WOODWARD *versus* JAMES MAY

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Continued *p. 475; (2) deposition ordered taken de bene esse *p. 486; (3) referred *p. 511; (4) report of referees, judgment *p. 533.
PAPERS IN FILE: (1) Capias and return.
*Office Docket,* MS p. 27, c. 61; p. 39-a, c. 35; p. 53, c. 2.

## GABRIEL GODFROY, SR., *versus* JEAN BAPTISTE BRANDEMORE, DIT ST. AMOUR

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Continued *p. 475; (2) non pros., judgment *p. 672.
PAPERS IN FILE: [None]
*Office Docket,* MS p. 29, c. 67.